[No. 20548-3-II.    Division Two.    April 25, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
D. THAYER, *Appellant*.

Appeal from a judgment of the Superior Court for
Mason County, No. 95-1-00330-3, Toni A. Sheldon, J.,
entered March 31, 1996. *Affirmed* by unpublished opinion
per Morgan, J., concurred in by Bridgewater, A.C.J., and
Hunt, J.

[No. 20566-1-II.    Division Two.    April 25, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. GLEN
BURNS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 95-1-03231-3, Terry D. Sebring, J., entered
April 9, 1996. *Affirmed* by unpublished opinion per Bridge-
water, A.C.J., concurred in by Armstrong and Hunt, JJ.

[No. 20775-3-II.    Division Two.    April 25, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. WAYNE
LENNIE PARSONS, *Appellant*.

Appeal from a judgment of the Superior Court for
Cowlitz County, No. 92-1-00623-2, Milton R. Cox, J.,
entered May 21, 1996. *Reversed* by unpublished per curiam
opinion.

[No. 20840-7-II.    Division Two.    April 25, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES
FEARN, *Appellant*.

Appeal from a judgment of the Superior Court for Clal-
lam County, No. 96-8-00073-1, William Knebes, J. Pro
Tem., entered May 22, 1996. *Affirmed* by unpublished
opinion per Bridgewater, A.C.J., concurred in by Arm-
strong and Hunt, JJ.